**EXHIBIT A**

FILED
DEC 0 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| Akron General Medical Center<br>Provider No. 36-0027 | ) ) ) | PRRB Case No. 99-1142<br>FYE December 31, 1995 |
| Akron General Medical Center<br>Provider No. 36-0027 | ) ) ) | PRRB Case No. 00-1306<br>FYE December 31, 1996 |
| Ashtabula County Medical Center<br>Provider No. 36-0125 | ) ) ) | PRRB Case No. 99-2234<br>FYE December 31, 1995 |
| Ashtabula County Medical Center<br>Provider No. 36-0125 | ) ) ) | PRRB Case No. 00-2367<br>FYE December 31, 1996 |
| The Community Hospital<br>Provider No. 36-0187 | ) ) ) | PRRB Case No. 02-0636<br>FYE June 30, 1999 |
| The Community Hospital<br>Provider No. 36-0187 | ) ) ) | PRRB Case No. 03-0289<br>FYE June 30, 2000 |
| The Community Hospital<br>Provider No. 36-0187 | ) ) ) | PRRB Case No. 04-0009<br>FYE June 30, 2001 |
| Lima Memorial Hospital<br>Provider No. 36-0009 | ) ) ) | PRRB Case No. 01-1143<br>FYE December 31, 1997 |
| Lima Memorial Hospital<br>Provider No. 36-0009 | ) ) ) | PRRB Case No. 02-0894<br>FYE December 31, 1998 |
| Lima Memorial Hospital<br>Provider No. 36-0009 | ) ) ) | PRRB Case No. 02-2099<br>FYE December 31, 1999 |
| Lima Memorial Hospital<br>Provider No. 36-0009 | ) ) ) ) ) | PRRB Case No. 03-0021<br>Cost Reporting Period Ended<br>June 30, 2000 |
| The Toledo Hospital<br>Provider No. 36-0068 | ) ) ) | PRRB Case No. 00-3419<br>FYE December 31, 1989 |
| The Toledo Hospital<br>Provided No. 36-0068 | ) ) ) | PRRB Case No. 00-3420<br>FYE December 31, 1990 |
| The Toledo Hospital<br>Provider No. 36-0068 | ) ) ) | PRRB Case No. 00-3421<br>FYE December 31, 1991 |
| The Toledo Hospital<br>Provider No. 36-0068 | ) ) | PRRB Case No. 00-3422<br>FYE December 31, 1993 |

{CMW1690.DOC;1}

| | | |
|---|---|---|
| The Toledo Hospital | ) | PRRB Case No. 00-3423 |
| Provider No. 36-0068 | ) | FYE December 31, 1994 |
| | ) | |
| The Toledo Hospital | ) | PRRB Case No. 99-2126 |
| Provider No. 36-0068 | ) | FYE December 31, 1995 |

{CMW1690.DOC;1}