CO-386-online
10/03

# United States District Court
# For the District of Columbia

Ashtabula County Medical Center, et al. )
)
)
)
vs   Plaintiff )
)
Michael O. Leavitt, Secretary of the U.S. )
Department of Health and Human Services )
)
Defendant )

Civil Action No. 1:05CV02365 (RWR)

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Plaintiff Akron General Medical Center__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Plaintiff Akron General Medical Center__ which have any outstanding securities in the hands of the public:

Akron General Health System; Akron General Development Foundation

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Mark F. H[signature]_
Signature

203323
BAR IDENTIFICATION NO.

Mark F. Horning
Print Name

1330 Connecticut Avenue, NW
Address

Washington, D.C.          20036
City        State          Zip Code

202/429-3000
Phone Number

RECEIVED
DEC 12 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CO-386-online
10/03

# United States District Court
# For the District of Columbia

Ashtabula County Medical Center, et al.

          vs    Plaintiff

Michael O. Leavitt, Secretary of the U.S. Department of Health and Human Services

          Defendant

Civil Action No. 1:05CV02365 (RWR)

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Plaintiff The Community Hospital__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Plaintiff The Community Hospital__ which have any outstanding securities in the hands of the public:

Community Mercy Health Systems

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Mark F. H[orning]_
Signature

203323
BAR IDENTIFICATION NO.

Mark F. Horning
Print Name

1330 Connecticut Avenue, NW
Address

Washington, D.C.     20036
City    State    Zip Code

202/429-3000
Phone Number

RECEIVED
DEC 12 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CO-386-online
10/03

# United States District Court
# For the District of Columbia

Ashtabula County Medical Center, et al. )
)
)
vs  Plaintiff )  Civil Action No. 1:05CV02365 (RWR)
)
Michael O. Leavitt, Secretary of the U.S. )
Department of Health and Human Services )
)
Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Plaintiff The Toledo Hospital__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Plaintiff The Toledo Hospital__ which have any outstanding securities in the hands of the public:

Promedica Hospital Management, Inc.; Promedica Health System, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Mark F. H_____
Signature

203323
BAR IDENTIFICATION NO.

Mark F. Horning
Print Name

1330 Connecticut Avenue, NW
Address

Washington, D.C.            20036
City          State         Zip Code

202/429-3000
Phone Number

**RECEIVED**

DEC 12 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CO-386-online
10/03

# United States District Court
# For the District of Columbia

Ashtabula County Medical Center, et al. )
)
)
vs.    Plaintiff )
)
Michael O. Leavitt, Secretary of the U.S. )
Department of Health and Human Services )
)
Defendant )

Civil Action No. 1:05CV02365 (RWR)

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Plaintiff Lima Memorial Hospital__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Plaintiff Lima Memorial Hospital__ which have any outstanding securities in the hands of the public:

Lima Memorial Joint Operating Company d/b/a Lima Memorial Health System

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*Mark F. H.* (signature)

Signature

203323
BAR IDENTIFICATION NO.

Mark F. Horning
Print Name

1330 Connecticut Avenue, NW
Address

Washington, D.C.        20036
City        State        Zip Code

202/429-3000
Phone Number

RECEIVED
DEC 12 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CO-386-online
10/03

# United States District Court
# For the District of Columbia

Ashtabula County Medical Center, et al. )
)
)
)
vs  Plaintiff )   Civil Action No. 1:05CV02365 (RWR)
)
Michael O. Leavitt, Secretary of the U.S. )
Department of Health and Human Services )
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Plaintiff Ashtabula County Medical Center  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Plaintiff Ashtabula County Medical Center  which have any outstanding securities in the hands of the public:

ACMC Health System; Cleveland Clinic Health System; Ashtabula Home Health Services; ACMC Foundation

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*Mark F. H___*
Signature

203323
BAR IDENTIFICATION NO.

Mark F. Horning
Print Name

1330 Connecticut Avenue, NW
Address

Washington, D.C.                    20036
City                State           Zip Code

202/429-3000
Phone Number

**RECEIVED**

DEC 1 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT