# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASHTABULA COUNTY MEDICAL CENTER, et al. | ) CASE NO.: 1:05CV02365 |
| | ) |
| | ) JUDGE RICHARD W. ROBERTS |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, Plaintiffs, by and through the undersigned counsel of record, hereby respectfully move for the admission of Albert J. Lucas ("Attorney Lucas") and Peter A. Rosato ("Attorney Rosato") *pro hac vice* to this Court. In accordance with the requirements of Rule 83.2(d), Attorney Lucas and Attorney Rosato declare the following:

1. Attorney Lucas is an attorney at the law firm of Calfee, Halter & Griswold LLP, located at 1100 Fifth Third Center, 21 East State Street, Columbus, Ohio 43215, (614) 621-1500. Attorney Lucas is admitted to the bars of the State of Ohio, United States District Court for the Northern District of Ohio, and the United States District Court for the Southern District of Ohio, and Attorney Lucas hereby certifies that he is a member in good standing to all such bars.

2. Attorney Rosato is an attorney at the law firm of Calfee, Halter & Griswold LLP, located at 1100 Fifth Third Center, 21 East State Street, Columbus, Ohio 43215, (614) 621-1500. Attorney Rosato is admitted to the bars of the State of Ohio, United States District Court for the Northern District of Ohio, the United States District Court for the Southern District of Ohio, and

{CMW1696.DOC;1}

the United States Court of Appeals for the Sixth Circuit, and Attorney Rosato hereby certifies that he is a member in good standing to all such bars.

    3.    Attorney Lucas and Attorney Rosato hereby certify that they have not been the subject of any disciplinary proceedings in any of the above-mentioned bars.

    4.    Attorney Lucas and Attorney Rosato hereby certify that they have not applied for admission to this Court at any point in that last two calendar years.

    5.    Attorney Lucas and Attorney Rosato hereby certify that (1) they are not engaged in the practice of law at an office located within the District of Columbia, (2) they are not members of the bar of the District of Columbia, and (3) they do not have pending applications for admission to the bar of the District of Columbia.

| | |
|---|---|
| _/s/ Albert J. Lucas_<br>Albert J. Lucas (Ohio Bar # 0007676)<br>Calfee, Halter & Griswold LLP<br>1100 Fifth Third Center, 21 East State Street<br>Columbus, Ohio 43215<br>Tel. (614) 621-1500<br>Fax. (614) 621-0010<br>e-mail: alucas@calfee.com | _/s/ Peter A. Rosato_<br>Peter A. Rosato (Ohio Bar # 0068026)<br>Calfee, Halter & Griswold LLP<br>1100 Fifth Third Center, 21 East State Street<br>Columbus, Ohio 43215<br>Tel. (614) 621-1500<br>Fax. (614) 621-0010<br>e-mail: prosato@calfee.com |

The above signatures were sworn to before me, and subscribed in my presence, this 31st day of December, 2005.

_/s/ Stanley J. Dobrowski_
NOTARY PUBLIC

Based on the foregoing, Plaintiffs respectfully request that this Court issue an Order granting Attorney Lucas and Attorney Rosato admission to this Court *pro hac vice* for the purpose of representing Plaintiffs as co-counsel with the undersigned in this matter.

Dated: December 28, 2005

Respectfully submitted,

*/s/ Mark F. H*

**Steptoe & Johnson LLP**
Mark F. Horning
District of Columbia Bar No. 203323
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Tel. 202-429-3000
Fax. 202-429-3902
mhorning@steptoe.com

Co-Counsel

ALBERT J. LUCAS (Ohio Bar No. 0007676)
PETER A. ROSATO (Ohio Bar No. 0068026)
CALFEE, HALTER & GRISWOLD LLP
1100 Fifth Third Center
21 East State Street
Columbus, Ohio 43215
Tel: (614) 621-1500
Fax: (614) 621-0010
alucas@calfee.com' prosato@calfee.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

A copy of the foregoing **MOTION FOR ADMISSION PRO HACE VICE** was served upon all parties of record via first class mail on this 28th day of December, 2005.

_____
John D. Clopper

{CMW1696.DOC;1}                                  4

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASHTABULA COUNTY MEDICAL CENTER, et al. | ) | CASE NO.: 1:05CV02365 |
| | ) | |
| | ) | JUDGE RICHARD W. ROBERTS |
| Plaintiffs, | ) | |
| v. | ) | |
| MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services | ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

This matter came to be heard upon Plaintiffs' Motion for Admission *Pro Hac Vice* for attorneys Albert J. Lucas and Peter A. Rosato of the law firm of Calfee, Halter & Griswold of Columbus, Ohio. For good cause shown and in accordance with Rule 83.2(d) of the Local Rules of Practice, IT IS HEREBY ORDERED that Attorneys Lucas and Rosato are admitted to this Court *pro hac vice* for the purposes of being co-counsel of record for Plaintiffs in the above-captioned matter.

IT IS SO ORDERED:

_____            _____
Date                                                                   Judge Richard W. Roberts

{CMW1705.DOC;1}