IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASHTABULA COUNTY MEDICAL CENTER, et al.  ) | CASE NO.: 1:05CV02365 |
| ) | |
| ) | JUDGE RICHARD W. ROBERTS |
| ) | |
| Plaintiffs,  ) | |
| ) | **AFFIDAVIT OF SERVICE** |
| v.  ) | |
| ) | |
| MICHAEL O. LEAVITT, Secretary of the ) | |
| United States Department of Health and ) | |
| Human Services  ) | |
| ) | |
| Defendant.  ) | |

District of Columbia    )

Mark C. Elliott, being duly sworn, deposes and says that he is a paralegal at Steptoe & Johnson LLP, is over the age of eighteen years and is not a party to the action.

That on the 9th day of December 2005, deponent served a true copy of the Summons, Complaint, Initial Electronic Case Filing Order, and the form Consent to Proceed Before a United States Magistrate Judge For All Purposes upon each of the following persons, as evidenced by the attached copy of the certified mail return receipt:

1. Michael O. Leavitt, Secretary of the U.S. Department of Health and Human Services
   c/o General Counsel, U.S. Department of Health and Human Services
   200 Independence Avenue, SW
   Washington, DC 20201

2. Civil Process Clerk, U.S. Attorneys Office
   555 4th Street, NW
   Washington, DC 20530

3. Attorney General Alberto Gonzales
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530

4.  James C. Newman, Chief Counsel
    Region III of the U.S. Department of Health and Human Services
    150 South Independence Mall West
    Public Ledger Building, Suite 418
    Philadelphia, PA 19106

5.  Region III of the U.S. Department of Health and Human Services
    150 South Independence Mall West
    Public Ledger Building, Suite 216
    Philadelphia, PA 19106

City of Washington, District of Columbia

_____
Mark C. Elliott

Subscribed and sworn to me this
____ day of January 2006.

_____
Notary Public

**Return Receipt 1:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael O. Leavitt
   Sec. of the U.S. Dept of
   Health + Human Serv.
   c/o General Counsel
   200 Independence Ave, SW
   Washington, DC 20201

COMPLETE THIS SECTION ON DELIVERY
- A. Signature: X [signature] ☐ Agent ☐ Addressee
- B. Received by (Printed Name): Lawrence
- C. Date of Delivery: 12-16-05
- D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7005 1820 0008 1404 8400

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

---

**Return Receipt 2:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Civil Process Clerk
   U.S. Attorneys Office
   555 4th St, NW
   Washington, DC 20530

COMPLETE THIS SECTION ON DELIVERY
- A. Signature: X [signature] ☐ Agent ☐ Addressee
- B. Received by (Printed Name): DEC 16 2005
- C. Date of Delivery:
- D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7005 1820 0008 1404 8420

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

---

**Return Receipt 3:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Alberto R. Gonzales
   U.S. Attorney General
   U.S. Dept. of Justice
   950 Pennsylvania Ave, NW
   Washington, DC 20530

COMPLETE THIS SECTION ON DELIVERY
- A. Signature: X [signature] ☐ Agent ☐ Addressee
- B. Received by (Printed Name): DEC 14 2005
- C. Date of Delivery:
- D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7005 1820 0008 1404 8431

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X T. Adolph
☐ Agent
☐ Addressee

B. Received by (Printed Name): Adolphus
C. Date of Delivery: 12-15-05

1. Article Addressed to:

Region III
U.S. Dept. of Health + Human Serv.
150 S. Independence Mall West
Public Ledger Bldg.
Suite 216
Philadelphia, PA 19106-9111

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0008 1404 8394

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X T. Adolph
☐ Agent
☐ Addressee

B. Received by (Printed Name): Adolphus
C. Date of Delivery: 12-15-05

1. Article Addressed to:

James C. Newman
Chief Counsel, Region III
U.S. Dept. of Health + Human Serv.
150 S. Independence Mall West
Public Ledger Bldg., Suite 418
Philadelphia, PA 19106-9111

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0008 1404 8417

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## CERTIFICATE OF SERVICE

I, John D. Clopper, certify that on January 10, 2006, I caused copies of the foregoing Affidavit of Service to be served on the following persons, via first class mail:

Michael O. Leavitt, Secretary of the U.S. Department of Health and Human Services
c/o General Counsel, U.S. Department of Health and Human Services
200 Independence Avenue, SW
Washington, DC 20201

Civil Process Clerk, U.S. Attorneys Office
555 4th Street, NW
Washington, DC 20530

Attorney General Alberto Gonzales
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

James C. Newman, Chief Counsel
Region III of the U.S. Department of Health and Human Services
150 South Independence Mall West
Public Ledger Building, Suite 418
Philadelphia, PA 19106

Region III of the U.S. Department of Health and Human Services
150 South Independence Mall West
Public Ledger Building, Suite 216
Philadelphia, PA 19106

Dated: January 10, 2006

_____
John D. Clopper