UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ashtabula County Medical Center, et al.** ) ) ) ) ) )  Plaintiffs, ) v. ) **Michael O. Leavitt,** ) Secretary, ) U.S. Department of Health and ) Human Services, ) Centers for Medicare and Medicaid Services ) 330 Independence Ave., S.W., Room 5309 ) Washington, D.C. 20201 ) Defendant. ) | Civil Action No. 05-2365 (RWR) ECF |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Peter S. Smith as counsel for the defendant in the above-captioned case.

Respectfully submitted,

_____
PETER SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372