UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASHTABULA COUNTY MEDICAL CENTER, et al.<br><br>    Plaintiffs,<br><br> v.<br><br>MICHAEL O. LEAVITT, Secretary of Health and Human Services,<br><br>    Defendant. | Case No.1:05CV02365 (RWR) |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO RESPOND TO THE COMPLAINT**

 Defendant, Michael O. Leavitt, Secretary of Health and Human Services ("the Secretary"), respectfully moves, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an enlargement of time of 30 days, up to and including March 15, 2006, within which to respond to Plaintiffs' Complaint. In support of this Motion, Defendant states as follows:

 1. Plaintiffs' Complaint seeks judicial review of a decision by the Secretary denying Plaintiffs' request for certain Medicare reimbursement.

 2. Jurisdiction over this action is based on 42 U.S.C. § 1395oo(f)(1), which provides for judicial review of final decisions by the Secretary under the standards of the Administrative Procedure Act, 5 U.S.C. § 701 et seq.

 3. The Secretary's response to Plaintiffs' Complaint is currently due by February 13, 2006. Fed. R. Civ. P. 12(a)(3) (service on U.S. Attorney's Office for the District of Columbia).

 4. Defendant's counsel had planned to file the Secretary's response to the Complaint on

or before the current due date; however, because the administrative record in this case is extremely complex and voluminous (a total of 1889 pages), and because agency counsel has been working on numerous other litigation matters on behalf of the government, agency counsel will need additional time to adequately review the record and consult with the client before an appropriate response to Plaintiffs' Complaint can be submitted.

5. In order to allow sufficient time for preparation of an appropriate response to Plaintiffs' Complaint, the Secretary respectfully requests an enlargement of time of 30 days, up to and including March 15, 2006, within which to respond to the Complaint.

6. This is the first enlargement of time sought by either party in this case. If granted, this enlargement will not impact any other deadlines in this case since no scheduling order has yet been entered.

7. Pursuant to Local Civil Rule 7(m), on February 8, 2006, Defendant's counsel conferred with counsel for Plaintiffs via telephone. Plaintiffs' counsel stated that Plaintiffs have no objection to the requested relief.

8. This request is made in good faith and not for purposes of delay.

A proposed Order is attached.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058

/s/
PETER S. SMITH
Assistant United States Attorney
D.C. Bar No. 465131
Civil Division
555 4th Street, N.W.

                                      Washington, D.C.  20530
                                      (202) 307-0372/FAX: (202) 514-8780

 

                                      DAVID L. HOSKINS
_____U.S. Department of Health and Human Services
                                      Office of the General Counsel
                                      Centers for Medicare and Medicaid Services
                                      330 Independence Ave., S.W., Room 5309
                                      Washington, D.C. 20201

                                      Attorneys for Defendant,
                                      Michael O. Leavitt,
                                      Secretary of Health and Human Services