**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ASHTABULA COUNTY MEDICAL CENTER, et al. | ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.1:05CV02365 (RWR) |
| | ) | |
| MICHAEL O. LEAVITT,  Secretary of Health and Human Services, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

Upon consideration of Defendant's Unopposed Motion for Enlargement of Time, and the entire record herein, it is this _____ day of February, 2006,

ORDERED that Defendant's motion be, and hereby is, GRANTED; and it is further

ORDERED that Defendant shall respond to Plaintiffs' Complaint on or before March 15, 2006.

Dated:_____

_____
UNITED STATES DISTRICT JUDGE