UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASHTABULA COUNTY MEDICAL CENTER, ET AL., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, )<br>Secretary, United States Department of )<br>Health and Human Services, )<br>)<br>Defendant. ) | Civ. Action No. 1:05-02365 (RWR) |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant, Secretary of Health and Human Services, United States Department of Health and Human Services, hereby files the attached administrative record in the above-captioned action. The record comprises 1,889 pages and thus, in accordance with the Court's ECF rules, has been filed and served in hard copy only.

Respectfully submitted,

s/

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

s/

PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney, Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

## CERTIFICATE OF SERVICE

_____I hereby certify that the foregoing copy of the Defendant's Notice of Filing Of Administrative Record with attached Administrative Record has been shipped by Federal Express, this <u>15th</u> day of March, 2006, addressed to:

> Mark F. Horning
> STEPTOE & JOHNSON, LLP
> 1330 Connecticut Avenue, NW
> Washington, DC 20036-1795

       s/
_____
Peter S. Smith
Assistant United States Attorney