IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASHTABULA COUNTY MEDICAL CENTER, et al. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) Civ. Action No. 05-2365 (RWR) |
| MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services | ) ) ) |
| Defendant. | |

JOINT CASE MANAGEMENT REPORT
AND PROPOSED BRIEFING SCHEDULE

**I.     Introduction**

  This report is submitted in advance of the Status Conference scheduled by the Court for May 5, 2006.  This is an appeal brought by hospitals in Ohio that participate in the Medicare and Medicaid programs.  The Plaintiff hospitals challenge a decision of the Administrator of the Centers for Medicare & Medicaid Services ("CMS") denying certain Medicare reimbursement to these hospitals under a Federal statute often referred to as the Disproportionate Share Statute, 42 U.S.C. § 1395ww(d)(5)(F) (the "DSH Statute").  The appeal is based upon the record of proceedings at the Provider Reimbursement Review Board (the "PRRB") and the Administrator's decision to reverse the decision of the PRRB in favor of the Plaintiffs.  The record was filed with this Court on or about March 15, 2006.

  Jurisdiction over this action is based exclusively on 42 U.S.C. § 1395oo(f)(1), which provides for judicial review of final agency decisions on Medicare provider reimbursement disputes under the terms of the Administrative Procedure Act (APA), 5 U.S.C. § 701 et seq.  The

parties jointly submit this report to propose a joint briefing schedule for disposition of this appeal.

## II.     Position of the Plaintiff Hospitals

In addition to this case, two other groups of Ohio providers have filed related appeals. The appeals are captioned as *Adena Regional Medical Center v. Leavitt,* Case No. 05-2422(GK) and *Southern Ohio Medical Center v. Leavitt*, Case No. 06-00205(GK) (collectively, the "Related Appeals"). The Related Appeals, which are pending before the Honorable Judge Gladys Kessler, arose from the Administrator's Decision on which this case is based. Moreover, this case and the Related Appeals are all based upon the same record of proceedings.[1]

The Plaintiff Hospitals believe that this case and the Related Appeals pending before Judge Kessler should be consolidated for the purposes of decision. At issue in all of the appeals is whether patient days under the Ohio Hospital Care Assurance Program ("Ohio HCAP") should be included in the hospitals' Medicare DSH calculation. This decision will be made upon the record generated below and the Secretary's decision reversing the determination of the PRRB that such days should be included in the hospitals' Medicare DSH calculation. Thus, the legal issues and the factual record for all of the appeals are the same; only the parties are different. Consolidating the appeals for purposes of decision will conserve judicial resources and eliminate the possibility of inconsistent judgments by the Court.

## III.    Position of the Secretary

The Secretary believes consolidation of the appeals is inappropriate. The appeals present a common legal issue but neither the parties nor the administrative records are identical.

---

[1] The *Southern Ohio* appeal also involves a threshold issue of whether that hospital's appeal is jurisdictionally proper.

IV.   **Proposed Briefing Schedule**

As this is an appeal from an administrative decision based upon the record of proceedings at the administrative agency, the parties believe that this appeal can be decided based upon dispositive motions. The parties propose the following schedule for the submission of dispositive motions and supporting briefs:

- Summary Judgment Motion by Plaintiff Hospitals ........................... May 31, 2006

- Brief in Opposition and Cross-Motion ........................... June 30, 2006
  for Summary Judgment field by Defendant Secretary

- Consolidated Reply Brief filed by Plaintiff Hospitals ........................... July 21, 2006
  in support of Plaintiffs' Motion for Summary Judgment
  and in Opposition to Defendant's Motion for Summary Judgment

- Reply Brief filed by Defendant Secretary in ........................... August 11, 2006
  support of Defendant's Cross-Motion for Summary Judgment

V.   The parties do not consent to proceed before a United States Magistrate Judge for all purposes.

Dated: April 28, 2006

Respectfully submitted,

_____/s/_____
Mark F. Horning
STEPTOE & JOHNSON LLP
D.C. Bar No. 203323
1330 Connecticut Avenue, NW
Washington, DC  20036
Telephone: 202/429-3000
Facsimile:  202/429-3902

Of-Counsel by *pro hac vice*
ALBERT J. LUCAS (Ohio Bar No. 0007676)
PETER A. ROSATO (Ohio Bar No. 0068026)
CALFEE, HALTER & GRISWOLD LLP
1100 Fifth Third Center
21 East State Street
Columbus, Ohio 43215
Tel:  (614) 621-1500
Fax:  (614) 621-0010

Attorneys for Plaintiffs


_____/s/_____
Kenneth L. Wainstein
United States Attorney
D.C. Bar No. 451058

_____/s/_____
Peter S. Smith
Assistant United States Attorney
D.C. Bar No. 465131
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372
Fax: (202) 514-8780

David Hoskins
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
330 Independence Ave., S.W., Room 5309
Washington, D.C. 20201

Attorneys fro Defendant