A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Ashtabula County Medical Center, et al.

|  |  |  |
|---|---|---|
| Plaintiff(s) | ) ) ) | **APPEARANCE** |
| vs. | ) ) | CASE NUMBER    1:05-cv-2365 |
| Michael O. Leavitt | ) ) |  |
| Defendant(s) | ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of ___John D. Clopper___ as counsel in this
(Attorney's Name)

case for: ___Ashtabula County Medical Center, The Community Hospital, Akron General Medical Center, Lima Memorial Hospital, and the Toledo Hospital___
(Name of party or parties)

| 4/28/06 | _John Clopper_ (signature) |
|---|---|
| Date | Signature |
|  | John D. Clopper |
|  | Print Name |
| 483227 | 1330 Connecticut Ave., NW |
| BAR IDENTIFICATION | Address |
|  | Washington  DC          20036 |
|  | City          State          Zip Code |
|  | 202-429-8116 |
|  | Phone Number |