IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASHTABULA COUNTY MEDICAL CENTER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services,<br><br>Defendant. | )<br>)  CASE NO: 1:05CV-02365(RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of the Plaintiffs' Motion for Summary Judgment, and the entire record herein, it is hereby

ORDERED that, as to the Plaintiffs' Motion for Summary Judgment, the Court finds that the material facts are not in dispute, that the Medicare statute requires the inclusion of Ohio HCAP days in the DSH calculation, and that judgment should enter for Plaintiffs as a matter of law. It is therefore ORDERED that the Plaintiffs' Motion for Summary Judgment be and hereby is GRANTED as to each Count in Plaintiffs' Complaint.

The Court further ORDERS that

(a) The Secretary instruct the Fiscal Intermediary in Ohio that each of the Plaintiffs' cost reports at issue must be revised to include Ohio HCAP days in the Hospital's DSH calculation;

(b) The Secretary instruct the Fiscal Intermediary to make the additional DSH payment to each Plaintiff within 90 days of the Fiscal Intermediary's receipt of the required DSH documentation from the Plaintiffs;

{CHP1381.DOC;1}

(c) The payments to the Plaintiffs reflect all amounts to which the Plaintiffs are entitled under the Medicare DSH statute, which include Ohio HCAP days as part of the calculation;

(d) The payments to the Plaintiffs include an award of interest pursuant to 42 U.S.C. § 1395oo(f)(2); and

(e) The payments to the Plaintiffs include an award of attorneys fees and costs incurred by Plaintiffs.

This Court shall retain jurisdiction over this matter until the Secretary's re-calculation of the Plaintiff's DSH percentages and subsequent payment to the Plaintiffs is complete.


Date:_____                                   _____
                                                  United States District Judge

{CHP1381.DOC;1}