IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASHTABULA COUNTY MEDICAL CENTER, et al. | CASE NO.: 1:05CV02365 |
| | JUDGE RICHARD W. ROBERTS |
| Plaintiffs, | |
| v. | |
| MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services | |
| Defendant. | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, Plaintiffs, by and through the undersigned counsel of record, hereby respectfully move for the admission of Karen A. Visocan ("Attorney Visocan") *pro hac vice* to this Court. In accordance with the requirements of Rule 83.2(d), Attorney Visocan declares the following:

1. Attorney Visocan is an attorney at the law firm of Calfee, Halter & Griswold LLP, located at 1400 McDonald Investment Center, 800 Superior Avenue, Cleveland, Ohio, 44114-2688, (216) 622-8200. Attorney Visocan is admitted to the bars of the State of Ohio, and the United States District Court for the Northern District of Ohio. Attorney Visocan hereby certifies that she is a member in good standing to all such bars.

2. Attorney Visocan hereby certifies that she has not been the subject of any disciplinary proceedings in any of the above-mentioned bars.

3. Attorney Visocan hereby certifies that she has not applied for admission to this Court at any point in that last two calendar years.

{BJR0428.DOC;1}

4.      Attorney Visocan hereby certifies that (1) she is not engaged in the practice of law at an office located within the District of Columbia, (2) she is not a member of the bar of the District of Columbia, and (3) she does not have a pending application for admission to the bar of the District of Columbia.

_____
Karen A. Visocan (0062378)
Calfee, Halter & Griswold LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, Ohio 44114-2688
Tel. (216)622-8200
Fax. (216)241-0816
e-mail: kvisocan@calfee.com

The above signatures were sworn to before me, and subscribed in my presence, this 30th day of May, 2006.

_____
NOTARY PUBLIC

Based on the foregoing, Plaintiffs respectfully request that this Court issue an Order granting Attorney Visocan admission to this Court *pro hac vice* for the purpose of representing Plaintiffs as co-counsel with the undersigned in this matter.



TIMOTHY M. McKEOGH
Notary Public - State of Ohio
Recorded in Cuyahoga Cty.
My Commission Expires 5-2-08

Dated: June 7, 2006

Respectfully submitted,

*/s/ John Clopper*

**Steptoe & Johnson LLP**
Mark F. Horning
District of Columbia Bar No. 203323
John D. Clopper
District of Columbia Bar No. 483227
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Tel. 202-429-3000
Fax. 202-429-3902

*Co-Counsel*


ALBERT J. LUCAS (Ohio Bar No. 0007676)
PETER A. ROSATO (Ohio Bar No. 0068026)
CALFEE, HALTER & GRISWOLD LLP
1100 Fifth Third Center
21 East State Street
Columbus, Ohio 43215
Tel: (614) 621-1500
Fax: (614) 621-0010
alucas@calfee.com, prosato@calfee.com

*Attorneys for Plaintiffs*


## CERTIFICATE OF SERVICE

A copy of the foregoing **MOTION FOR ADMISSION PRO HACE VICE** was served upon all parties of record via the Court's electronic filing system on this 7th day of June 2006, 2005.

*/s/ John D. Clopper*

John D. Clopper

3