IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASHTABULA COUNTY MEDICAL CENTER, et al. | ) CASE NO.: 1:05CV02365 ) ) JUDGE RICHARD W. ROBERTS ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services | ) ) ) ) |
| Defendant. | ) |

**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE**

The Plaintiffs have moved for admission *pro hac vice* of attorney Karen A. Visocan of the law firm of Calfee, Halter & Griswold of Cleveland, Ohio.  For good cause shown and in accordance with Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, IT IS HEREBY ORDERED that Karen A. Visocan is admitted to the bar of this Court *pro hac vice* for the purpose of representing Plaintiffs in the above-captioned matter.

IT IS SO ORDERED:

_____        _____
Date                                                       Judge Richard W. Roberts