UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASHTABULA COUNTY MEDICAL CENTER, <u>ET AL.</u>, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. Action No. 1:05-02365 (RWR) ) |
| MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services, | ) ) ) ) ) |
| Defendant. | ) |

## NOTICE OF FILING OF SUPPLEMENT TO ADMINISTRATIVE RECORD

Defendant, Secretary of Health and Human Services, United States Department of Health and Human Services, hereby files the attached supplemental materials, which were inadvertently omitted from the administrative record previously filed in the above-captioned action. Both this filing, and the entire record exceed 500 pages and thus in accordance with the Court's ECF rules the supplemental materials have been filed and served in hard copy only.

Respectfully submitted,

s/
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____s/
_____
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney, Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

## CERTIFICATE OF SERVICE

_____I hereby certify that the foregoing copy of the Defendant's Notice of Filing Of Administrative Record with attached Administrative Record has been shipped by Federal Express, this 21st day of June, 2006, addressed to:

> Mark F. Horning
> STEPTOE & JOHNSON, LLP
> 1330 Connecticut Avenue, NW
> Washington, DC 20036-1795

s/
_____
Peter S. Smith
Assistant United States Attorney