IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASHTABULA COUNTY MEDICAL CENTER, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, United States Department of Health and Human Services,<br><br>      Defendant. | Civil No. 05-2365 (RWR) |

## CONSENT NOTICE FOR AN ENLARGEMENT OF THE BRIEFING SCHEDULE

Defendant Michael O. Leavitt, Secretary of the United States Department of Health and Human Services ("Secretary" or "Defendant"), by and through his undersigned counsel, respectfully submits this consent notice regarding deadlines for the Parties' briefs.

1. The Court's Scheduling Order of May 10, 2006 established the following deadlines:

| | |
|---|---|
| Plaintiffs' summary judgment motion | May 31, 2006 |
| Defendant's opposition and cross-motion for summary judgment | June 30, 2006 |
| Plaintiffs' consolidated reply and opposition | July 21, 2006 |
| Defendant's reply | August 11, 2006 |

2. On May 31, 2006, Plaintiffs filed Plaintiffs' Motion for Summary Judgment and Statement of Points and Authorities In Support of Plaintiffs' Motion for Summary Judgment.

3. In accordance with the provisions of paragraph three of the Court's Scheduling Order of May 10, 2006, the Parties have conferred, and Plaintiffs' counsel has consented to Defendant's proposal to alter the briefing schedule deadlines as follows:

| | |
|---|---|
| Defendant's opposition and cross-motion for summary judgment | July 7, 2006 |
| Plaintiffs' consolidated reply and opposition | July 28, 2006 |
| Defendant's reply | August 18, 2006 |

    4.  Under the Court's Scheduling Order, these altered deadlines are effective upon the filing of this Consent Notice without necessity of the Court's Order.

                                                       Respectfully submitted,

                                                       /s/
                                        KENNETH L. WAINSTEIN
                                        United States Attorney
                                        D.C. Bar No. 451058

                                                       /s/
                                        PETER S. SMITH
                                        Assistant United States Attorney
                                        D.C. Bar No. 465131
                                        Civil Division
                                        555 4th Street, N.W.
                                        Washington, D.C.  20530
                                        (202) 307-0372/FAX: (202) 514-8780


                                        DAVID HOSKINS
_____  U.S. Department of Health and Human Services
                                        Office of the General Counsel
                                        Centers for Medicare & Medicaid Services Division
                                        330 Independence Ave., S.W., Room 5309
                                        Washington, D.C. 20201

OF COUNSEL:

PAULA M. STANNARD
Acting General Counsel

KATHLEEN H. MCGUAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General Counsel for Litigation
United States Department of Health
and Human Services