UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASHTABULA COUNTY MEDICAL, CENTER, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No: 05-2365 (RWR) ) |
| MICHAEL O. LEAVITT, SECRETARY, HEALTH AND HUMAN SERVICES, | ) ) ) ECF ) |
| Defendant. | ) ) ) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Megan L. Rose as counsel of record for Defendant and withdraw the appearance of Assistant United States Attorney Peter S. Smith.

Dated: July 5, 2006                Respectfully submitted,

                    /s/
                    PETER S. SMITH, D.C. Bar #465131

                    /s/
                    MEGAN L. ROSE, NC Bar # 28639
                    Assistant United States Attorney
                    Judiciary Center Building
                    555 Fourth Street, N.W.
                    Washington, D.C. 20530
                    (202) 514-7220
                    (202) 514-8780 (fax)
                    Megan.Rose@usdoj.gov