IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASHTABULA COUNTY MEDICAL CENTER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:05CV02365 (RWR) |
| | ) | |
| MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

This matter having come before the Court on Plaintiff's Motion For Summary Judgment,

Defendant's Cross-Motion For Summary Judgment, the memoranda in support and opposition,

and the entire record in this case, it is this _____ day of _____ hereby

ORDERED that Plaintiff's Motion is DENIED; Defendant's Cross-Motion is hereby

GRANTED; and it is

FURTHER ORDERED that Plaintiff's claims are hereby DISMISSED in their entirety,

with prejudice.

_____
Richard W. Roberts
United States District Judge