IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASHTABULA COUNTY MEDICAL CENTER, et al. | ) ) ) | CASE NO: 1:05CV-02365(RWR) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services, | ) ) ) ) | |
| Defendant. | ) ) ) | |

## CONSENT NOTICE FOR AN ENLARGEMENT OF THE BRIEFING SCHEDULE

Plaintiffs, by and through the undersigned counsel, respectfully submit this consent notice regarding deadlines for the Parties' briefs.

1.    The Court's Scheduling Order of May 10, 2006 established the following deadlines:

| | |
|---|---|
| Plaintiffs' summary judgment motion | May 31, 2006 |
| Defendant's opposition and cross-motion for summary judgment | June 30, 2006 |
| Plaintiffs' consolidated reply and opposition | July 21, 2006 |
| Defendant's reply | August 11, 2006 |

2.    On May 31, 2006, Plaintiffs' filed Motion for Summary Judgment and Statement of Points and Authorities In Support of Plaintiffs' Motion for Summary Judgment.

3.    In accordance with the provisions of paragraph three of the Court's Scheduling Order of May 10, 2006, the Parties previously conferred and Plaintiffs', by and through undersigned counsel, consent to Defendant's proposal to alter the briefing scheduling.    The briefing schedule was then altered as follows:

| | |
|---|---|
| Defendant's opposition and cross-motion for summary judgment | July 7, 2006 |
| Plaintiffs' consolidated reply and opposition | July 28, 2006 |
| Defendant's reply | August 18, 2006 |

{CMW2264.TMP;1}

4.    On July 7, 2006, Defendant filed its Memorandum in Opposition to Plaintiffs' Motion for Summary Judgment and Defendant's Cross-Motion for Summary Judgment.

5.    In accordance with the provisions of paragraph 3 of the Court's Scheduling Order of May 10, 2006, the Parties conferred, and Defendant's counsel has consented to Plaintiffs' proposal to alter the briefing schedule deadlines as follows:

Plaintiffs' consolidated reply and opposition                                  August 8, 2006
Defendant's reply                                                             August 25, 2006

6.    Under the Court's Scheduling Order, these altered deadlines are effective upon the filing of this Consent Notice without the necessity of the Court's Order.

Respectfully submitted,


___/s/ Peter A. Rosato_____
**Steptoe & Johnson LLP**
Mark F. Horning
District of Columbia Bar No. 203323
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Tel. 202-429-3000
Fax. 202-429-3902
mhorning@steptoe.com

Co-Counsel

ALBERT J. LUCAS (Ohio Bar No. 0007676)
PETER A. ROSATO (Ohio Bar No. 0068026)
KAREN A. VISOCAN (0062378)
CALFEE, HALTER & GRISWOLD LLP
1100 Fifth Third Center
21 East State Street
Columbus, Ohio 43215
Tel:  (614) 621-1500
Fax:  (614) 621-0010
alucas@calfee.com' prosato@calfee.com
kvisocan@calfee.com
*Pro hac vice pending*

Attorneys for Plaintiffs

{CMW2264.TMP;1}