IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASHTABULA COUNTY MEDICAL CENTER, et al. | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:05CV02365 (RWR) |
| MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services, | ) ) ) ) ) | |
| Defendant. | ) ) | |

**CONSENT NOTICE FOR AN ENLARGEMENT OF THE BRIEFING SCHEDULE**

Defendant Michael O. Leavitt, Secretary of the United States Department of Health and Human Services ("Secretary" or "Defendant"), by and through his undersigned counsel, respectfully submits this consent notice regarding deadlines for the Parties' briefs.

1.  The Court's Scheduling Order of May 10, 2006 established the following deadlines:

| | |
|---|---|
| Plaintiffs' summary judgment motion | May 31, 2006 |
| Defendant's opposition and cross-motion for summary judgment | June 30, 2006 |
| Plaintiffs' consolidated reply and opposition | July 21, 2006 |
| Defendant's reply | August 11, 2006 |

2.  On May 31, 2006, Plaintiffs filed Plaintiffs' Motion for Summary Judgment and Statement of Points and Authorities In Support of Plaintiffs' Motion for Summary Judgment.

3.  In accordance with the provisions of paragraph three of the Court's Scheduling Order of May 10, 2006, the Parties previously conferred, and Plaintiffs' consented to Defendant's proposal to alter the briefing schedule. The briefing schedule was then altered as follows:

| | |
|---|---|
| Defendant's opposition and cross-motion for summary judgment | July 7, 2006 |
| Plaintiffs' consolidated reply and opposition | July 28, 2006 |
| Defendant's reply | August 18, 2006 |

4. On July 7, 2006, Defendant filed its Memorandum in Opposition to Plaintiffs' Motion for Summary Judgment and Defendant's Cross-Motion for Summary Judgment.

5. In accordance with the provisions of paragraph three of the Court's Scheduling Order of May 10, 2006, the Parties conferred, and Defendant consented to Plaintiffs' proposal to alter the briefing schedule. The briefing schedule was then altered as follows:

| | |
|---|---|
| Plaintiffs' consolidated reply and opposition | August 8, 2006 |
| Defendant's reply | August 25, 2006 |

6. On August 8, 2006, Plaintiffs filed their Consolidated Reply and Opposition to Defendant's Cross-Motion for Summary Judgment.

7. In accordance with the provisions of paragraph three of the Court's Scheduling Order of May 10, 2006, the Parties again conferred, and Plaintiffs' consented to Defendant's proposal to alter the briefing schedule as follows:

| | |
|---|---|
| Defendant's reply | September 1, 2006 |

8. Under the Court's Scheduling Order, these altered deadlines are effective upon the filing of this Consent Notice without necessity of the Court's Order.

                                              Respectfully submitted,

                                         /s/
                                      KENNETH L. WAINSTEIN
                                      United States Attorney
                                        D.C. Bar No. 451058

                /s/
_____
MEGAN LINDHOLM ROSE
Assistant United States Attorney
NC Bar No. 28639
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220/FAX: (202) 514-8780


DAVID HOSKINS
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
330 Independence Ave., S.W., Room 5309
Washington, D.C. 20201


OF COUNSEL:

PAULA M. STANNARD
Acting General Counsel

KATHLEEN H. MCGUAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General Counsel
for Litigation

United States Department of Health
and Human Services