UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASHTABULA COUNTY MEDICAL CENTER, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, ) <br> SECRETARY, HEALTH AND ) <br> HUMAN SERVICES, ) <br> ) <br> Defendant. ) <br> ) | Case No: 05-2365 (RWR) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christopher B. Harwood as counsel of record for Defendant and withdraw the appearance of Assistant United States Attorney Megan L. Rose.

Dated: December 4, 2007            Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　MEGAN L. ROSE, NC Bar # 28639

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　CHRISTOPHER B. HARWOOD
　　　　　　　　　　　　　　　N.Y. Bar No. 4202982
　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　555 4th Street, N.W.
　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　(202) 307-0372